SEYFARTH SHAW LLP
M. Ryan Pinkston (State Bar No. 310971)
E-mail: rpinkston@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Tel: 415.544.1013; Fax: 415.397.8549

James B. Sowka (Admitted *Pro Hac Vice*)
E-mail: jsowka@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Tel: 312.460.5325; Fax: 312.460.7325

*Attorneys for LBA RV-COMPANY XXVII, LP*

# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 9:18-bk-90029 |
| JEFFERY EDWARD ARAMBEL, | Chapter 11 |
| Debtor. | **LBA RV-COMPANY XXVII, LP'S NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT** |
| | DCN: MF-40 |
| | Honorable Ronald H. Sargis |

1 　　　　Pursuant to 28 U.S.C. § 158(a), Creditor LBA RV-COMPANY XXVII, LP ("LBA"), by and through undersigned counsel, hereby appeals to the United States District Court for the Eastern District of California from the Order Confirming Debtor in Possession's Plan of Reorganization (Dkt. No. 970, DCN MF-40) ("Confirmation Order") entered by the United States Bankruptcy Court for the Eastern District of California on September 15, 2019.  A copy of the Confirmation Order is attached hereto as **Exhibit A**.

　　　　The name of the other party to the Confirmation Order and the names, addresses, and telephone numbers of counsel are as follows:

> **MACDONALD FERNANDEZ LLP**
> Iain A. MacDonald (SBN 051073)
> Reno F.R. Fernandez III (SBN 251934)
> Matthew J. Olson (SBN 265908)
> 914 Thirteenth Street
> Modesto, California 95354
> Telephone: (209) 521-8100
> Facsimile: (415) 394-5544
>
> *Attorneys for Debtor in Possession Jeffery E. Arambel*

　　　　LBA hereby elects to have its appeal heard by the United States District Court for the Eastern District of California rather than by the Bankruptcy Appellate Panel.

DATED: September 27, 2019　　　　　　SEYFARTH SHAW LLP

　　　　　　　　　　　　　　　　　　By:　/s/ M. Ryan Pinkston
　　　　　　　　　　　　　　　　　　　　James B. Sowka
　　　　　　　　　　　　　　　　　　　　M. Ryan Pinkston

　　　　　　　　　　　　　　　　　　*Attorneys for LBA RV-COMPANY XXVII, LP*

# EXHIBIT A

```
 6
```

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
914 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 521-8100
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
JEFFERY EDWARD ARAMBEL

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>JEFFERY EDWARD ARAMBEL,<br><br>　　　　　Debtor. | Case No. 18-90029-E-11<br><br>Chapter 11<br><br>DCN: MF-40<br><br>Confirmation Hearing:<br>Date:　September 10, 2019<br>Time:　10:00 a.m.<br>Place:　Courtroom 33<br>　　　　501 I Street, 6th Floor<br>　　　　Sacramento, California<br><br>Hon. Ronald H. Sargis |

**ORDER CONFIRMING DEBTOR IN POSSESSION'S
PLAN OF REORGANIZATION (Dated July 19, 2019)**

　　　　The plan under chapter 11 of the Bankruptcy Code filed by Jeffery E. Arambel, Debtor in Possession herein, on July 19, 2019, (Dckt. No. 860) having been transmitted to creditors and equity security holders; and

　　　　It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(b) have been satisfied; for the reasons stated orally on the record,

　　　　**IT IS ORDERED** that the Plan filed by Jeffery E. Arambel, Debtor in Possession herein, on July 19, 2019, Docket 860, as modified as set forth below, is confirmed.

　　　　**IT IS FURTHER ORDERED** that the Plan is modified as follows:

RECEIVED
September 13, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006580934

1. Section 1.74 of the Plan is modified to read:

   **1.74** "Post-Confirmation Service List" means a service list comprised of the names and email addresses for (a) all Creditors holding Claims in Classes 1 and 2, (b) the Creditors holding the five (5) largest Claims in Class 6 as of the Effective Date, (c) each member of the Oversight Committee, (d) the Reorganizing Debtor, (e) the Plan Administrator, (f) the Office of the United States Trustee, (g) any party who objected to confirmation of the Plan, and (h) any other Creditor or party in interest that files with the Bankruptcy Court a request for post-Confirmation notice after the Effective Date and serves it on all parties on the Post-Confirmation Service List; provided, however, that any Creditor or party in interest may be removed from the Post-Confirmation Service List with their consent or by order of the Bankruptcy Court on notice to the then-constituted Post-Confirmation Service List upon a showing that such Creditor or such party no longer holds a Claim or has an interest in the Case.

2. The reference to Class 1(b) in Section 4.1 of the Plan is modified to read:

| Class | Name of Creditor | Estimated Amount of Claim | Interest Rate | Disputed? |
|---|---|---|---|---|
| 1(b) | Summit | $45,491,296.74 | 12% | No |

3. The reference to Class 3(a) in Section 4.3 of the Plan is modified to read:

| Class | Name of Creditor | Estimated Amount of Claim | Amount of Arrears | Disputed? |
|---|---|---|---|---|
| 3(a) | Chase Bank, N.A. | $175,603.78 | $5,911.78 | No |

4. Section 4.5 of the Plan is modified to add a reference to a new class 5(d), as follows:

| Class | Name of Creditor | Estimated Amount of Claim | Collateral |
|---|---|---|---|
| 5(d) | CNH Industrial Capital | $20,041.77 | 2 Rears model LSH08K946 mowers |

5. The reference to Benjamin Lopez in Class 4.6 of the Plan is modified to read:

| Name of Creditor | Estimated Amount of Claim | Disputed? |
|---|---|---|
| Benjamin Lopez | $1,600,000.00 | No |

6. Section 6.5.4 is added to Plan to read as follows:

   **6.5.4   Class 5(d)—Secured Claim of CNH Industrial Capital**

   The Allowed Secured Claim in Class 5(d) of CNH Industrial Capital is not modified by the Plan. On the Effective Date, CNH Industrial Capital is granted relief from the automatic stay to commence nonjudicial foreclosure proceedings of its collateral in accordance with the applicable prepetition loan documents and applicable non-bankruptcy law and to obtain possession of its collateral in accordance with applicable non-bankruptcy law. The Reorganizing Debtor shall voluntarily surrender his possession of the collateral. To the extent Allowed Secured Claim in Class 5(d) of CNH Industrial Capital is not satisfied by the recovery on its collateral, the balance of its Claim is a Class 6 General Unsecured Claim and CNH Industrial

Capital shall file an amended proof of claim to assert said Class 6 General Unsecured Claim within six months of recovering possession of its collateral.

7. Section 6.6 of the Plan is modified to read as follows:

### 6.6 Class 6—General Unsecured Claims

Allowed Claims in Class 6 shall receive periodic Pro Rata Distributions up to the full amount their Allowed Claims, plus simple interest at the Federal Judgment Rate. Such periodic Pro Rata Distributions shall be made from the Proceeds of the sale of the Plan Assets, through the refinancing of the Plan Assets, from unencumbered Plan Assets, from the use of Plan Funding Cash Collateral determined by the Plan Administrator to be Available Cash, or a combination of any of the forgoing. The Reorganizing Debtor shall use commercially reasonable efforts to cause Allowed Claims in Class 6 to be paid in full as soon as practicable after the payment in full of Allowed Secured Claims in Classes 1 and 2 and within 21 months of the Effective Date; provided, however, that Summit, both for itself and in its capacity as a Plan Funding Lender, shall allow the Reorganizing Debtor to use Plan Funding Cash Collateral, to the extent determined by the Plan Administrator to be Available Cash, to fund such periodic payments prior to the repayment in full of Summit's Allowed Secured Claim in Class 1 and Summit's Plan Funding Claim. Pursuant to the terms and conditions of the Cash Collateral Fund (as defined in the Plan Credit Agreement with Summit), Plan Funding Cash Collateral shall be made available to the Reorganizing Debtor as follows: upon the consummation of any sale or refinance of Summit's collateral authorized by a Final Order of the Bankruptcy Court, the cash Proceeds of any such sale or refinance otherwise due to Summit (after payment of all Claims having priority over Summit) shall be distributed: (a) first, to Summit on account of its Allowed Secured Claim in Class 1 until Summit has received a total of $2,000,000.00 on account of such Allowed Secured Claim; and (b) second, 90% to Summit on account of its Allowed Secured Claim in Class 1 and 10% to fund the Cash Collateral Fund until the Cash Collateral Fund has been funded in full up to the Plan Funding Maximum Cash Amount. The Reorganizing Debtor and the Plan Administrator shall use commercially reasonable efforts to distribute 36.25% of the Plan Funding Maximum Cash Collateral Amount to holders of Allowed Claims in Class 6 within 12 months of the Effective Date.

8. Section 7.8.5 of the Plan is modified to read as follows:

### 7.8.5 Withholding Taxes

Pursuant to Section 346(h) of the Code, the Reorganizing Debtor and the Plan Administrator shall be entitled to deduct any applicable federal, state or local withholding taxes from any cash payments made with respect to Allowed Claims, as appropriate. The Reorganizing Debtor and the Plan Administrator shall be permitted to withhold a Distribution to any Creditor that has not provided information requested by the Reorganizing Debtor and the Plan Administrator for the purpose of fulfilling his or her obligations hereunder. The Reorganizing Debtor and the Plan Administrator, as applicable, shall comply with all reporting obligations imposed by any governmental unit with respect to withholding and related taxes. This Section 7.8.4 is not a surcharge of the collateral of any secured Creditor and is not a basis for the Reorganizing Debtor and the Plan Administrator to surcharge any collateral of any secured Creditor.

/ / /

9. Section 7.16.5 of the Plan is modified to read as follows:

**7.16.6 Service of Post-Confirmation Quarterly Reports**

A copy of each aforementioned post-Confirmation report shall be served upon the Reorganizing Debtor, each person and entity on the Post-Confirmation Service List, and the members of the Oversight Committee.

10. The following sentence is added to the end of Section 7.8.2(b) of the Plan:

For the purposes of interim distributions under this Section 7.8.2(b) to holders of claims in Class 1(d) and Class 1(e) that are not an Allowed Claim, or the sale of any collateral securing the claims in Class 1(d) and Class 1(e) that are not an Allowed Claim, payments on account of said claims will be calculated as if 70% of the face value of the asserted claim were an Allowed Claim.

11. The following sentence is added to the end of Section 12.3 of the Plan:

This Section 12.3 shall not apply following entry of the Final Decree and closing of the case, and a secured creditor's loan documents shall control with respect to a material default thereafter.

12. The initial Plan Budget, as defined by Section 1.63, is attached hereto as Exhibit "A" and said Plan Budget may be modified as provided for by the Plan.

Dated: September 15, 2019

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

4

# EXHIBIT A

| Arambel Budget | Pre-Confirmation | | | | 2019 | | | | | 2020 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | April | May | June | July | August Month 1 | September Month 2 | October Month 3 | November Month 4 | December Month 5 | January Month 6 | February Month 7 | March Month 8 | April Month 9 | May Month 10 | June Month 11 | July Month 12 | August Month 13 | September Month 14 | October Month 15 | November Month 16 | Total |
| Starting Cash | 42,628 | 128,030 | 85,292 | 285,034 | 245,250 | 50,000 | 81,646 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 75,507 | 50,000 | 50,000 | 50,000 | 50,000 | 237,752 | 118,601 | 245,250 |
| **Cash-In** | | | | | | | | | | | | | | | | | | | | | |
| Plan Loan Draw (Summit/MetLife) | - | - | - | - | 429,021 | - | 67,451 | 107,780 | 239,943 | 113,692 | 108,251 | 103,688 | - | 81,574 | 105,037 | 116,026 | 127,595 | - | - | - | 1,600,058 |
| FLCC Deposit | 120,000 | - | 256,000 | - | 820,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 1,000,000 |
| Crop Retainage | | | | | | | | | | | | | 250,000 | | | | | | | | 250,000 |
| Rental Income | | | | | - | 138,610 | 24,302 | | | | | | | | | | | | | | 162,911 |
| Property Sale (Net of Liens) | | | | | | | | | | | | | | | | | | 300,000 | | | 300,000 |
| Total Cash-In | 120,000 | - | 256,000 | - | 1,249,021 | 150,610 | 103,753 | 119,780 | 251,943 | 125,692 | 120,251 | 115,688 | 262,000 | 93,574 | 117,037 | 128,026 | 139,595 | 312,000 | 12,000 | 12,000 | 3,558,219 |
| (DIP Loan + FLCC Deposit Balance) | | | | | 1,249,021 | 1,261,021 | 1,340,472 | 1,460,252 | 1,712,195 | 1,837,887 | 1,958,138 | 2,073,826 | 2,085,826 | 2,179,400 | 2,296,437 | 2,424,463 | 2,564,058 | 2,576,058 | 2,588,058 | 2,600,058 | |
| **Cash-Out** | | | | | | | | | | | | | | | | | | | | | |
| **Personal Expenses** | | | | | | | | | | | | | | | | | | | | | |
| Pharmacy | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 4,500 |
| Misc. Medical | | | | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 7,500 |
| Home maintenance + HOA | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 6,000 |
| Home Mortgage | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 102,000 |
| Food, Clothing, and Household | 1,500 | 1,500 | 1,500 | 1,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 30,000 |
| Utilities | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 24,000 |
| Transportation | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 6,000 |
| Total Personal | 11,000 | 11,000 | 11,000 | 11,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 180,000 |
| **Farm Expenses (including payroll and withholding and employment related taxes)** | | | | | | | | | | | | | | | | | | | | | |
| Water and Power | 5,000 | 5,000 | 5,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 5,000 | 5,000 | 5,000 | 5,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 130,000 |
| Fuel | 400 | 400 | 400 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 400 | 400 | 400 | 400 | 400 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,000 |
| Parts | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 9,000 |
| Labor | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 112,500 |
| Reorganizing Debtor's Professionals | | | | | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 112,500 |
| Total Farm | 13,500 | 13,500 | 13,500 | 19,300 | 26,800 | 26,800 | 26,800 | 26,800 | 26,800 | 26,800 | 26,000 | 21,000 | 21,000 | 21,000 | 21,000 | 26,800 | 26,800 | 26,800 | 26,800 | 26,800 | 378,000 |
| **Plan Expenses** | | | | | | | | | | | | | | | | | | | | | |
| Insurance | 8,148 | 8,148 | 13,502 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 8,148 | 122,220 |
| Property Taxes | | | | | 354,326 | - | - | - | 116,747 | - | - | - | 116,747 | - | - | - | 15,825 | - | - | - | 603,644 |
| Accountant | | | | | 2,500 | | | | 15,000 | | | | | 2,500 | | | | 2,500 | | | 22,500 |
| Plan Administrator's Attorneys | | | | | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 225,000 |
| US Trustees Fees | 1,950 | 10,090 | | 1,336 | | | 16,030 | | | 5,071 | | | 3,616 | | | 4,726 | | 3,919 | | | 33,363 |
| Plan Administrator Fees | | | | | 45,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 465,000 |
| Total Plan | 10,098 | 18,238 | 13,502 | 9,484 | 424,974 | 53,148 | 69,178 | 53,148 | 184,895 | 58,219 | 53,148 | 53,148 | 173,511 | 55,648 | 53,148 | 57,874 | 68,973 | 53,148 | 59,567 | 53,148 | 1,471,727 |
| Sub-Total | 34,598 | 42,738 | 38,002 | 39,784 | 463,774 | 91,948 | 107,978 | 91,948 | 223,695 | 97,019 | 91,148 | 86,148 | 206,511 | 88,648 | 86,148 | 96,674 | 107,773 | 91,948 | 98,367 | 91,948 | 1,971,144 |
| Accrued Professional Fees | - | - | - | - | 824,805 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 824,805 |
| 2018 Income Tax | - | - | - | 18,256 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Misc. Allowed Admin. Expenses | | | | | 103,883 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 103,883 |
| Class 2 Periodic Payment | | | | | 26,616 | 27,015 | 27,420 | 27,832 | 28,249 | 28,673 | 29,103 | 29,540 | 29,983 | 30,432 | 30,889 | 31,352 | 31,822 | 32,300 | 32,784 | - | 444,010 |
| Class 3 Cure Payments | | | | | 25,193 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 25,193 |
| Sub-Total | - | - | 18,256 | - | 980,497 | 27,015 | 27,420 | 27,832 | 28,249 | 28,673 | 29,103 | 29,540 | 29,983 | 30,432 | 30,889 | 31,352 | 31,822 | 32,300 | 32,784 | - | 1,397,891 |
| **Total Cash-Out** | 34,598 | 42,738 | 56,258 | 39,784 | 1,444,271 | 118,963 | 135,399 | 119,780 | 251,944 | 125,692 | 120,251 | 115,688 | 236,493 | 119,080 | 117,037 | 128,026 | 139,595 | 124,248 | 131,151 | 91,948 | 3,369,035 |
| **Ending Cash** | 128,030 | 85,292 | 285,034 | 245,250 | 50,000 | 81,646 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 75,507 | 50,000 | 50,000 | 50,000 | 50,000 | 237,752 | 118,601 | 38,653 | 38,653 |

*Class 2: pre-petition property tax
*Class 3: Wells Fargo Mortgage to clear default

Tentative Preliminary Draft: For Review and Discussion Purposes Only. Subject to Change. UNAUDITED.

6