MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
914 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 549-7949
Facsimile: (209) 236-0172

Attorneys for Reorganized Debtor,
JEFFREY EDWARD ARAMBEL

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re | U.S. Dist. Court No. 2:19-CV-01978-TLN |
|---|---|
| JEFFREY EDWARD ARAMBEL, | Case No. 18-90029-E-11 |
| Reorganized Debtor | Chapter 11 |
| LBA RV-COMPANY XXVII, LP, | **REORGANIZED DEBTOR AND APPELLEE JEFFREY EDWARD ARAMBEL'S DESIGNATION OF RECORD ON APPEAL** |
| Appellant, | |
| v. | |
| JEFFREY EDWARD ARAMBEL, Reorganized Debtor, | |
| Appellee. | |

COMES NOW Jeffrey Edward Arambel, Reorganized Debtor and Appellee herein, respectfully submitting his designation of items to be included in the record of this appeal, as follows:

| Docket Number | Date Filed | Docket Text |
|---|---|---|
| 240 | 4/19/2018 | Civil Minutes -- Motion Granted Re: 165 - Motion to Sell Free and Clear of Liens [MF-10] (admin) (Entered: 04/23/2018) |
| 241 | 4/19/2018 | Civil Minutes -- Motion Granted Re: 172 - Motion to Sell Free and Clear of Liens [MF-9] (admin) (Entered: 04/23/2018) |
| 244 | 4/23/2018 | Order Granting 172 Motion/Application To Sell Free and Clear of Liens [MF-9] (jlns) (Entered: 04/23/2018) |
| 245 | 4/23/2018 | Order Granting 165 Motion/Application To Sell Free and Clear of Liens |

1

| | | |
|---|---|---|
| | | [MF-10] (jlns) (Entered: 04/23/2018) |
| 262 | 4/26/2018 | Civil Minutes -- Motion Granted Re: 208 - Motion to Sell Free and Clear of Liens [MF-13] (admin) (Entered: 04/27/2018) |
| 295 | 5/9/2018 | Order Granting 200 [sic, should be 208] Motion/Application To Sell Free and Clear of Liens [MF-13] (kvas) (Entered: 05/09/2018) |
| 375 | 5/31/2018 | Civil Minutes -- Motion Granted Re: 200 - Motion to Sell Free and Clear of Liens [MF-12] (admin) (Entered: 06/01/2018) |
| 395 | 6/5/2018 | Order Granting 200 Motion/Application To Sell Free and Clear of Liens [MF-12] (kvas) (Entered: 06/05/2018) |
| 536 | 7/19/2018 | Civil Minutes -- Motion Granted Re: 452 - Motion to Sell Free and Clear of Liens [MF-24] (admin) (Entered: 07/23/2018) |
| 537 | 7/19/2018 | Civil Minutes -- Motion Granted Re: 459 - Motion to Sell Free and Clear of Liens [MF-25] (admin) (Entered: 07/23/2018) |
| 538 | 7/19/2018 | Civil Minutes -- Motion Granted Re: 466 - Motion to Sell Free and Clear of Liens [MF-26] (admin) (Entered: 07/23/2018) |
| 540 | 7/26/2018 | Order Granting 452 Motion/Application To Sell Free and Clear of Liens [MF-24] (mpem) (Entered: 07/26/2018) |
| 546 | 7/26/2018 | Order Granting 459 Motion/Application To Sell Free and Clear of Liens [MF-25] (kvas) (Entered: 07/27/2018) |
| 547 | 7/26/2018 | Order Granting 466 Motion/Application To Sell Free and Clear of Liens [MF-26] (kvas) (Entered: 07/27/2018) |
| 584 | 8/31/2018 | Amended 547 Order on Motion/Application to Sell Free and Clear of Liens [MF-26] (kvas) (Entered: 08/31/2018) |
| 801 | 5/1/2019 | Report of Sale/Return on Sale [MF-10] (mgrs) (Entered: 05/02/2019) |
| 802 | 5/1/2019 | Report of Sale/Return on Sale [MF-24] (mgrs) (Entered: 05/02/2019) |
| 203 | 5/1/2019 | Report of Sale/Return on Sale [MF-25] (mgrs) (Entered: 05/02/2019) |
| 804 | 5/1/2019 | Report of Sale/Return on Sale [MF-26] (mgrs) (Entered: 05/02/2019) |
| 805 | 5/1/2019 | Report of Sale/Return on Sale [MF-9] (mgrs) (Entered: 05/02/2019) |
| 816 | 6/3/2019 | Chapter 11 Disclosure Statement Filed by Debtor Jeffery Edward Arambel (jdas) (Entered: 06/04/2019) |
| 824 | 6/6/2019 | Chapter 11 Disclosure Statement Filed by Debtor Jeffery Edward Arambel [MF-40] (mfrs) (Entered: 06/07/2019) |
| 836 | 7/4/2019 | Opposition/Objection Filed by Creditor LBA RV-Company XXVII, LP Re: 824 Disclosure Statement [MF-40] (kvas) (Entered: 07/08/2019) |
| 853 | 7/11/2019 | Response/Reply Filed by Debtor Jeffery Edward Arambel Re: 824 |

| 3 | | |
|---|---|---|
| | | Disclosure Statement [MF-40] (kvas) (Entered: 07/12/2019) |
| 857 | 7/17/2019 | Declaration of Matthew J. Olson in support of 824 Disclosure Statement [MF-40] (kvas) (Entered: 07/18/2019) |
| 858 | 7/17/2019 | Exhibit(s) to 857 Declaration [MF-40] (kvas) (Entered: 07/18/2019) |
| 867 | 7/18/2019 | Civil Minutes -- Hearing Held/Concluded Re: 824 Disclosure Statement GRANTED (mpem) (Entered: 07/24/2019) |
| 861 | 7/19/2019 | Chapter 11 Disclosure Statement [MF-40] Filed by Debtor Jeffery Edward Arambel (kvas) (Entered: 07/19/2019) |
| 871 | 7/30/2019 | Certificate/Proof of Service of 861 Disclosure Statement, 863 Order Approving Disclosure Statement, 870 Notice of Hearing [MF-40] (kvas) (Entered: 07/30/2019) |
| 1009 | 9/30/2019 | Notice of Entry of 970 Order Confirming Plan [MF-40] (kvas) (Entered: 10/01/2019) |
| 1013 | 10/13/2019 | Statement of Issues [MF-40] filed by Creditor LBA RV-Company XXVII, LP Re: 992 Notice of Appeal (rlos) (Entered: 10/15/2019) |
| 1014 | 10/13/2019 | Appellant Designation of Contents For Inclusion in Record On Appeal [MF-40] filed by Creditor LBA RV-Company XXVII, LP Re: 992 Notice of Appeal (rlos) (Entered: 10/15/2019) |
| 1015 | 10/13/2019 | Notice of Transcript(s) Re: 992 Notice of Appeal [MF-40] (rlos) (Entered: 10/15/2019) |
| 1016 | 10/14/2019 | Certificate/Proof of Service of 1013 Statement of Issues, 1014 Appellant/Appellee Designation, 1015 Notice [MF-40] (rlos) (Entered: 10/15/2019) |
| -- | -- | Transcript of hearing held July 18, 2019 |
| -- | -- | Bankruptcy Court's Docket |

Appellee reserve the right to modify, restate, or supplement the foregoing designation of items to be included in the record on appeal to the fullest extent permitted by the Federal Rules of Bankruptcy Procedure and other applicable law.

DATED: October 25, 2019          MACDONALD | FERNANDEZ LLP

                                           By:    */s/ Matthew J. Olson*
                                                    Matthew J. Olson, Attorneys for
                                                    Reorganized Debtor and Appellee,
                                                    JEFFREY EDWARD ARAMBEL