**MACDONALD | FERNANDEZ LLP**
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
914 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 521-8100
Facsimile: (415) 394-5544

Attorneys for Reorganized Debtor,
JEFFERY EDWARD ARAMBEL

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 18-90029-E-11 |
| JEFFERY EDWARD ARAMBEL, | Chapter 11 |
| Reorganized Debtor. | DCN: MF-44 |
| | Date: November 21, 2019<br>Time: 10:30 a.m.<br>Place: 1200 I Street, Suite 4<br>Modesto, California |
| | Hon. Ronald H. Sargis |

**REORGANIZED DEBTOR'S *EX PARTE* MOTION TO APPROVE BIDDING PROCEDURES RE MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS (224.7-ACRE PORTION OF ARAMBEL BUSINESS PARK)**

COMES NOW Jeffery Edward Arambel, Reorganized Debtor herein, with the consent of the Plan Administrator, who moves *ex parte* for entry of an order, pursuant to Bankruptcy Code Section 363(b) and Rule 6004 of the Federal Rules of Bankruptcy Procedure, approving certain bidding and sale procedures concerning the sale of a portion of that certain real property known as "Arambel Business Park," consisting of two parcels of real property (collectively, the "Property"): Parcel A is approximately 119.1 acres of land and assigned Assessor Parcel Numbers 021-022-046, 021-022-045 and 021-022-044, and Parcel B is approximately 105.6 acres of land and assigned Assessor Parcel Numbers 021-022-043 and 021-022-028, for a total of 224.7 acre, all as further described in Exhibit "A" to the Purchase and Sale Agreement (the "PSA"), offered as Exhibit "1" to the Motion, to Series 12, P.S., a Ledger of Series Entities for HMHMHYLV LLC, a Delaware limited liability

1

company ("HMHMHYLV LLC") free and clear of liens and other interests pursuant to 11 U.S.C. § 363(b) and (f), and respectfully represents as follows:

## I. JURISDICTION AND VENUE

The Court has jurisdiction of these matters pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This Motion is made pursuant to Bankruptcy Code Sections 363(b) and 1123(b)(4), and Rule 6004 of the Federal Rules of Bankruptcy Procedure. The Court retained jurisdiction under the Confirmed Plan of Reorganization (the "Plan") to review and approve sales of estate property.

## II. BACKGROUND

The within case was commenced by filing a voluntary chapter 11 petition on January 17, 2018. The Plan was confirmed by order entered on September 16, 2019, and the Reorganized Debtor is preforming under the terms of the confirmed Plan and under the supervision of the Plan Administrator.

Among the assets of the estate is the real property described as the Arambel Business Park, a portion of which is comprised of the land assigned Assessor's Parcel Numbers 021-022-046, 021-022-045, 021-022-044, 021-022-043, and 021-022-028, and consisting of approximately 224.7 acres.

The Reorganized Debtor, with the consent of the Plan Administrator, has presented a motion (the "Motion") to approve the sale of the Property to HMHMHYLV LLC in two phases subject to the terms and conditions of the of the PSA. *See* Dckt. No. 1034. Under the terms of the PSA, HMHMHYLV LLC agreed to purchase the property for the sum of $13,800,069.00 for Parcel A and between $12,235,829.76 to $13,109,817.60 for Parcel B based on when the closing of the sale of Parcel B occurs (with greater amounts due in the event the sale closes later). The Motion seeks authority to sell the Property free and clear of liens, with the liens attaching to the proceeds from the sale, and for authority to pay certain closing costs, real estate broker commission, income taxes, and other fees and assessments from the sale proceeds. The sale is subject to overbidding.

/ / /

## III. MOTION

Pursuant to Bankruptcy Code Sections 363(b) and 1123(b)(4), and Rule 6004 of the Federal Rules of Bankruptcy Procedure, the Reorganized Debtor, with the consent of the Plan Administrator, requests that the Court approve certain bidding and sales procedures, to wit:

1. The auction shall be held on November 21, 2019, at 10:30 a.m., in the courtroom of the Honorable Ronald H. Sargis, located at 1200 I Street, Suite 4, Modesto, California, or at another time or location if ordered by the Court and announced at the aforesaid time and place.

2. All potential bidders must deliver to the counsel for the Reorganized Debtor on behalf of the Plan Administrator, at any time before the auction commences, $100,000 in certified funds on account of the earnest money deposit required by Section 2(a) of the PSA. HMHMHYLV LLC has already delivered its deposit into escrow.

3. At the time and place of auction, all bidders (other than HMHMHYLV LLC) shall present the counsel for the Reorganized Debtor on behalf of the Plan Administrator with evidence of funds or financing acceptable to the Plan Administrator in an amount necessary to meet the initial bid plus the minimum initial overbid amount (for a total of $26,310,898.76).

4. Bids shall be submitted for the two parcels on a consolidated basis. The Reorganized Debtor proposes that the increased bid amount be allocated between the two parcels on a pro-rata basis (53.004% to Parcel A and 46.996% to Parcel B) and that the increased purchase price for the delayed closing of Parcel B be maintained on a percentage basis (that is, 103.571% of the initial Parcel B Purchase Price for closing by the deadline imposed by Section 3(b)(ii) of the PSA, and 107.143% of the initial Parcel B Purchase Price for closing by the deadline imposed by Section 3(b)(iii) of the PSA).

5. The Reorganized Debtor proposes that the minimum initial overbid be $275,000 (that being about 1% of the initial purchase price), and the minimum amount of all subsequent bids be not less than $130,000 (that about being about 0.5% of the initial purchase price). The Reorganized Debtor proposes that bids be accepted from bidders or their authorized representatives who are present at the auction in person; bids by telephone, facsimile, email, letter or similar means will not be accepted unless the Plan Administrator expressly agrees otherwise.

6. All bids shall be on terms equivalent to or better than the terms provided in the corresponding PSA, including terms with respect to due diligence, inspections, contingencies and the time for closing. Deadlines set and running under the PSA will continue to run and will not be extended. The highest and best bid shall be reduced to a written agreement on or before three (3) calendar days following the hearing on approval of the sale.

7. Secured Creditors (as that term is defined in the motion) shall be afforded any rights to credit bid to which they are otherwise entitled under the Bankruptcy Code and applicable law.

8. All deposits by any unsuccessful bidder shall be refunded. The successful bidder's $100,000 deposit shall be deposited into escrow property after the hearing, if not already so deposited. Said deposit shall be refundable only upon terms equivalent to or better than those provided in the PSA; otherwise it shall be non-refundable. Deposits shall be applied as described by the PSA.

The Reorganized Debtor requests approval of the aforesaid procedures on an interim basis in advance, with final approval at the hearing, because: (1) at least one of the procedures requires potential buyers to act in advance to qualify; and (2) certainty regarding bidding procedures to be employed will facilitate overbidding. The proposed bidding procedures are in the best interests of the estate in that they will maximize the value of the Property.

## IV. PRAYER FOR RELIEF

WHEREFORE, the Reorganized Debtor prays for entry of an order *ex parte* approving the aforesaid bidding and sale procedures on an interim basis, with final approval considered at the hearing on the Motion, and for such other and further relief as is appropriate in the premises.

DATED: November 15, 2019

MACDONALD FERNANDEZ LLP
By: /s/ *Matthew J. Olson*
Matthew J. Olson,
Attorneys for Reorganized Debtor,
JEFFERY EDWARD ARAMBEL

APPROVED:

FOCUS MANAGEMENT GROUP USA, INC.,
as Court-Appointed Plan Administrator

By: _____
Juanita Schwartzkopf

4